IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAURA LOUISE ALTHOUSE,<br><br>Defendant. | CR 08-1323 LRR<br><br>**ORDER** |

_____

Plaintiff's Motion for Leave of Court to Dismiss Count 2 of the Information (docket no. 196) is before the court. Plaintiff's motion is granted.

Sentencing will proceed as scheduled on May 13, 2009 at 8:00 a.m. as to Count 1 only.

**IT IS SO ORDERED.**

**DATED** this 6th day of May, 2009.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA